FILED

3/29/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| PRODUCE SUPPLY EXPRESS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NRC ENVIRONMENTAL SERVICES INC., and KENNETH CLARK, <br><br> Defendants. | No. CV 19-21-H-SEH <br><br> ORDER |

On March 28, 2019, the Court ordered a show cause hearing to resolve diversity jurisdiction concerns.[1] On March 29, 2019, the parties filed a Stipulation for Remand.[2]

ORDERED:

The show cause hearing set for April 5, 2019, is VACATED. This case is REMANDED to the First Judicial District Court, Lewis and Clark County. The

---

[1] *See* Doc. 8.

[2] Doc. 9.

-1-

Clerk is directed to transfer the file to the state court and close the case.

DATED this 29th day of March, 2019.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Court