OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For the District of Montana

Tyler P. Gilman
Clerk of Court



Beth Conley
Chief Deputy Clerk

March 29, 2019

Clerk of District Court
Montana First Judicial District Court
228 E. Broadway
Helena, Mt 59601

Re:  Remand of District of Montana Case: CV-19-021-H-SEH,
Produce Supply Express, Inc., vs NRC Environmental Services, Inc., and Kenneth Clark

Your Case Number:  BDV 2019-128

Dear Sir/Madam:

 Pursuant to the enclosed Order dated March 29, 2019, this case is remanded back to Montana First Judicial District Court. Enclosed is the original state court file and copies of all documents in our case, as well as a copy of our docket sheet.

 Please acknowledge receipt of these enclosures on the copy of this letter and return to us in the envelope provided. Thank you.

Sincerely,

/s/ Heidi Gauthier
Deputy Clerk, Helena Division